FILED BY \_\_\_\_\_ D.C.
OCT 15 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-20665-CR-WILLIAMS/TORRES**

18 U.S.C. § 1029(b)(2)
18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)

**UNITED STATES OF AMERICA**

vs.

**KENSLY PHENIX and
RACHELLE BELIZAIRE,**

    **Defendants.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Commit Access Device Fraud
### (18 U.S.C. § 1029(b)(2))

From in or around September 2017, through in or around February 2018, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**KENSLY PHENIX and
RACHELLE BELIZAIRE,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury to commit violations of Title 18, United States Code, Section 1029(a), that is, to:

    (a)    knowingly, and with intent to defraud, traffic in and use one or more unauthorized access devices, that is, names, dates of birth, and social security and account numbers issued to

other persons, during any one-year period, and by such conduct obtain something of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(2); and

(b) knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, names, dates of birth, and social security and account numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

## PURPOSE OF THE CONSPIRACY

It was a purpose of the conspiracy for the defendants and their co-conspirators to create sham corporations in order to gain access to a high-powered electronic database search tool called "TLOxp," which access allowed the defendants and their co-conspirators to (a) steal the personal identifying information ("PII") of other persons and (b) use the stolen PII to access the victims' financial accounts and steal the victims' funds.

## ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of this conspiracy, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following acts, among others:

1. On or about September 27, 2017, **RACHELLE BELIZAIRE** incorporated "The Insurance Care & Management Services LLC" in the State of Florida.

2. On or about September 27, 2017, **RACHELLE BELIZAIRE** submitted on behalf of "The Insurance Care & Management Services LLC" an application to the Internal Revenue Service for an Employer Identification Number.

3. On or about September 29, 2017, **RACHELLE BELIZAIRE** submitted on behalf of "The Insurance Care & Management Services LLC" an application to Company No. 1 for access to an electronic database search tool called "TLOxp."

4. On or about September 30, 2017, **KENSLY PHENIX** sent an email with the subject line "TLO work," which email contained the PII, including names, dates of birth, and social security numbers, of approximately twenty (20) other persons.

5. On or about October 7, 2017, **KENSLY PHENIX** placed a telephone call to a financial institution in an attempt to transfer funds from the account of "J.E."

6. On or about November 20, 2017, **KENSLY PHENIX** sent an email with the subject line "disco," which email contained the PII, including names and account numbers, of approximately thirteen (13) other persons.

7. On or about November 20, 2017, **KENSLY PHENIX** sent an email with the subject line "discoooo plus wally," which email contained the PII, including names and account numbers, of approximately twenty-three (23) other persons.

8. On or about December 3, 2017, **RACHELLE BELIZAIRE** forwarded to **KENSLY PHENIX** a billing statement for the TLOxp account associated with "The Insurance Care & Management Services LLC."

9. On or about January 13, 2018, **RACHELLE BELIZAIRE** forwarded to **KENSLY PHENIX** a billing statement for the TLOxp account associated with "The Insurance Care & Management Services LLC."

10. On or about February 1, 2018, **RACHELLE BELIZAIRE** forwarded to **KENSLY PHENIX** a billing statement for the TLOxp account associated with "The Insurance Care & Management Services LLC."

All in violation of Title 18, United States Code, Section 1029(b)(2).

## COUNT 2
### Access Device Fraud
### (18 U.S.C. § 1029(a)(2))

From on or about March 7, 2017, through on or about March 6, 2018, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**KENSLY PHENIX,**

did knowingly, and with intent to defraud, traffic in and use one or more unauthorized access devices, that is, names, dates of birth, and social security and account numbers issued to other persons, during any one-year period, and by such conduct obtained anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

## COUNT 3
### Possession of Fifteen or More Unauthorized Access Devices
### (18 U.S.C. § 1029(a)(3))

On or about March 7, 2017, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**KENSLY PHENIX,**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, names, dates of birth, and social security and account numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

**COUNT 4**
**Possession of Fifteen or More Unauthorized Access Devices**
**(18 U.S.C. § 1029(a)(3))**

On or about September 30, 2017, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**KENSLY PHENIX,**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, names, dates of birth, and social security numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

**COUNT 5**
**Possession of Fifteen or More Unauthorized Access Devices**
**(18 U.S.C. § 1029(a)(3))**

On or about November 20, 2017, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**KENSLY PHENIX,**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, names and account numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

**COUNT 6**
**Aggravated Identity Theft**
**(18 U.S.C. § 1028A(a)(1))**

On or about March 7, 2018, in Miami-Dade and Broward Counties, in the Southern District of Florida, the defendant,

**KENSLY PHENIX,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more unauthorized access devices, that is, names, dates of birth, and social security and account numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2, as charged in Count 3 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, that is, the name, social security number, and account number of "B.E.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## **FORFEITURE**
**(18 U.S.C. §§ 982(a)(2)(B) & 1029(c)(1)(C))**

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendants, **KENSLY PHENIX** and **RACHELLE BELIZAIRE**, have an interest.

2. Upon conviction of any violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, the defendants, **KENSLY PHENIX** and **RACHELLE BELIZAIRE**, shall forfeit to the United States: (a) any property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as the result of such violation pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used or intended to be used to commit such violation, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B), 982(b)(1), 1029(c)(1)(C), and 1029(c)(2), and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

CHRISTOPHER B. BROWNE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

KENSLY PHENIX and
RACHELLE BELIZAIRE,

Defendants.
_____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)
- ✓ Miami
- ___ FTL
- ___ Key West
- ___ WPB
- ___ FTP

New defendant(s)        Yes ___  No ___
Number of new defendants ___
Total number of counts   ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    Yes
   List language and/or dialect    CREOLE

4. This case will take __7__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days      ___                 Petty    ___
   II   6 to 10 days     ✓                   Minor    ___
   III  11 to 20 days    ___                 Misdem.  ___
   IV   21 to 60 days    ___                 Felony   ✓
   V    61 days and over ___

6. Has this case previously been filed in this District Court?    (Yes or No)   No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ___   No ✓

_____
CHRISTOPHER B. BROWNE
ASSISTANT UNITED STATES ATTORNEY
FL Bar No. 91337

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** KENSLY PHENIX

**Case No:** _____

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Section 1029(b)(2)

**\* Max. Penalty:** Five (5) years' imprisonment

Count #: 2

Access Device Fraud

Title 18, United States Code, Section 1029(a)(2)

**\*Max. Penalty:** Ten (10) years' imprisonment

Count #: 3

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty:** Ten (10) years' imprisonment

Count #: 4

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty:** Ten (10) years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Count #: 5

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty:**     Ten (10) years' imprisonment

Count #: 6

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:**     Two (2) years' imprisonment consecutive to any other sentence

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** RACHELLE BELIZAIRE

**Case No:** _____

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Section 1029(b)(2)

**\* Max. Penalty:**     Five (5) years' imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.